IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **HUASCAR RIJSSENBEEK AND ,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Case No. 4:25-cv-5786 |
| § | |
| **SPARK BIOMEDICAL, INC.,** § | |
| § | |
| **Defendant** § | |
| § | |

## DISCLOSURE OF INTERESTED PARTIES

   Plaintiff Huascar Rijssenbeek hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

Huascar Rijssenbeek
Plaintiff

Welmaker Law, PLLC
505 E. Magrill St.
Longview, Texas 75601

                                  Respectfully submitted,

                                <u>/s/ Douglas B. Welmaker</u>
                                Douglas B. Welmaker
                                Attorney-in-Charge
                                State Bar No. 00788641
                                Welmaker Law, PLLC
                                505 E. Magrill St.
                                Longview, Texas 75601
                                Phone: (512) 799-2048
                                Email: doug@welmakerlaw.com

                                **ATTORNEY FOR PLAINTIFF**