**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **HUASCAR RIJSSENBECK,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION No. 4:25-cv-5786** |
| | § | |
| **SPARK BIOMEDICAL, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

<u>**NOTICE OF APPEARANCE**</u>

The undersigned counsel hereby enters an appearance in this lawsuit on behalf of Defendant Spark Biomedical, Inc.

Dated:  February 5, 2026          Respectfully Submitted,

**MCFADDEN TRACHTENBERG PLLC**


By:_____/s/ *Randy Bruchmiller*_____
    Randy J. Bruchmiller
    State Bar No. 24031889
    S.D. Texas: 30079
    4200 Montrose, Suite 300
    Houston, Texas 77006
    (512) 368-8183 (Telephone)
    (832) 442-5430 (Facsimile)
    randy@greatlaw.com

**ATTORNEYS FOR DEFENDANT
SPARK BIOMEDICAL, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record through (i) this court's ECF method, (ii) facsimile, and/or (iii) via the United States Postal Service, on this 5th day of February, 2026.


_____/s/ *Randy Bruchmiller*_____
Randy J. Bruchmiller