Case 4:25-cv-05786   Document 12   Filed 02/06/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 09, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Huascar Rijssenbeek, | § § § § § | |
| *Plaintiff,* | § | Civil Action No. 4:25-cv-05786 |
| v. | § § § | |
| Spark Biomedical, Inc., | § § § | |
| *Defendant.* | § | |

## SCHEDULING ORDER

1. <u>May 15, 2026</u>     **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

**EXPERTS**

2a. <u>June 15, 2026</u>     Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. <u>July 15, 2026</u>     Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

**DISCOVERY**

3. <u>August 31, 2026</u>     Counsel may, by agreement, continue discovery beyond the deadline. No continuance will be

|   |   |   |
|---|---|---|
|   |   | granted because of information acquired in post−deadline discovery. |

**MOTIONS DEADLINE**

4. <u>September 15, 2026</u>  Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement.

**JOINT PRETRIAL ORDER**

5a. <u>January 15, 2027</u>  THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.)

5b. <u>January 29, 2027</u>  THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.

6. <u>February 12, 2027</u>  **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A

7. <u>February 16, 2027</u>  **JURY TRIAL** is set at 9:00 a.m. in Courtroom 9A.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on February 6, 2026, at Houston, Texas.

_Yvonne Y. Ho_
Yvonne Y. Ho
United States Magistrate Judge