**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HUASCAR RIJSSENBECK,** | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION No. 4:25-cv-5786 |
| | § | |
| **SPARK BIOMEDICAL, INC.,** | § | |
| | § | |
|    Defendant. | § | |

### DEFENDANT SPARK BIOMEDICAL, INC.'S
### CORPORATE DISLCOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Spark Biomedical, Inc. ("Spark Biomedical") certifies that Spark Biomedical does not have a parent company and is not a publicly traded company, and no publicly-held corporation owns 10% or more of Spark Biomedical.

Dated:  February 15, 2026          Respectfully Submitted,

                                      **MCFADDEN TRACHTENBERG PLLC**

                                      By:_____/s/ *Randy Bruchmiller*_____
                                          Randy J. Bruchmiller
                                          State Bar No. 24031889
                                          S.D. Texas: 30079
                                          4200 Montrose, Suite 300
                                          Houston, Texas 77006
                                          (512) 368-8183 (Telephone)
                                          (832) 442-5430 (Facsimile)
                                          randy@greatlaw.com

                                      **ATTORNEYS FOR DEFENDANT**
                                      **SPARK BIOMEDICAL, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record through (i) this court's ECF method, (ii) facsimile, and/or (iii) via the United States Postal Service, on this 15th day of February, 2026.

                                                                       _____/s/ *Randy Bruchmiller*_____
                                                                        Randy J. Bruchmiller