UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-05786 |
|---|---|---|---|

| Huascar Rijssenbeek |
|---|
| *versus* |
| Spark Biomedical, Inc. |

| | |
|---|---|
| Lawyer's Name | Craig A. Rubinstein |
| Firm | Katzman Wasserman Bennardini & Rubinstein, P.A. |
| Street | 7900 Glades Road, Suite 140 |
| City & Zip Code | Boca Raton, FL 33434 |
| Telephone & Email | (561) 477-7774 - car@kwblaw.com |
| Licensed: State & Number | Florida - Bar #: 77755 |
| Federal Bar & Number | United States District Court - Southern District of Florida |

| Name of party applicant seeks to appear for: | Katzman Wasserman Bennardini & Rubinstein, as judgment creditor against Huascar Rijssenbeek |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/2/2026 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: Active - please see attached | |
|---|---|
| Dated: 3/2/2026 | Clerk's signature |

**Order**       This lawyer is admitted *pro hac vice*.

Dated: _____       _____
                                                                United States District Judge



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

**Joshua E. Doyle**
**Executive Director**

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )

In Re:  0077755
Craig Alan Rubinstein
Katzman, Wasserman, Bennardini, & 7900 Glades Rd Ste 140
Boca Raton, FL 33434-4104

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 26, 1996**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  2nd  day of **March, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-397566