United States District Court
Southern District of Texas
**ENTERED**
March 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-05786 |
|---|---|---|---|

| Huascar Rijssenbeek |
|---|
| *versus* |
| Spark Biomedical, Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Craig Alan Rubinstein<br>Katzman Wasserman Bennardini & Rubinstein, P.A.<br>7900 Glades Road, Suite 140<br>Boca Raton, FL 33434<br>(561) 477-7774 - car@kwblaw.com<br>Florida - Bar #: 77755<br>United States District Court - Southern District of Florida |
|---|---|

| Name of party applicant seeks to appear for: | Katzman Wasserman Bennardini & Rubinstein, as judgment creditor against Huascar Rijssenbeek |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/2/2026 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: 3/5/2026 | Clerk's signature   /s/ Lisa R. Edwards |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 3/5/2026

United States District Judge