UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NO.: 4:25-cv-5786

HUASCAR RIJSSENBEEK,

    Plaintiff,

vs.

SPARK BIOMEDICAL, INC.,

    Defendant.
_____/

**JUDGMENT CREDITOR'S NOTICE OF FILING**
**CONTINUING WRIT OF GARNISHMENT AGAINST SALARY OR WAGES OF**
**DEFENDANT/JUDGMENT DEBTOR, HUASCAR RIJSSENBEEK**

    Judgment Creditor, Katzman, Wasserman, Bennardini & Rubinstein, P.A., hereby files a Continuing Writ of Garnishment Against Salary or Wages of Defendant/Judgment Debtor, Huascar Rijssenbeek, which was issued on March 12, 2026 by the County Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, in the litigation styled *Katzman, Wasserman, Bennardini & Rubinstein, P.A. v. Huascar Rijssenbeek*, Case No. 502023CC010475XXXXSB.

    The Garnishee is Spark Biomedical, Inc.

1

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to DOUGLAS B. WELMAKER, ESQ., Welmaker Law, PLLC, 505 E. Magrill, Longview, TX 75601; and RANDY J. BRUCHMILLER, ESQ., McFadden Trachtenberg PLLC, 4200 Montrose, Suite 300, Houston, TX 77006, this 13th day of March, 2026.

                                KATZMAN, WASSERMAN,
                                BENNARDINI & RUBINSTEIN, P.A.
                                7900 Glades Road, Suite 140
                                Boca Raton, Florida 33434
                                Tel.:  (561) 477-7774
                                Fax:  (561) 477-7447

                        By:     /s/ Craig A. Rubinstein
                                CRAIG A. RUBINSTEIN
                                Fla. Bar No.: 77755
                                car@kwblaw.com
                                mrm@kwblaw.com