IN THE COUNTY COURT OF THE 15th JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

KATZMAN, WASSERMAN,                                         CASE NO.: 502023CC010475XXXXSB

BENNARDINI & RUBINSTEIN, P.A.,
a Florida professional association,

      Plaintiff,

v.

HUASCAR RIJSSENBEEK, an individual; and
POSEIDON DIAGNOSTICS CORP.,
a dissolved Florida corporation,

      Defendants.
_____/

## CONTINUING WRIT OF GARNISHMENT AGAINST SALARY OR WAGES OF DEFENDANT/JUDGMENT DEBTOR, HUASCAR RIJSSENBEEK

THE STATE OF FLORIDA: To Each Sheriff of the State:

YOU ARE COMMANDED to summon the garnishee, Spark Biomedical, Inc., c/o Capitol Corporate Services, Inc., 206 E. 9th St., Suite 1300, Austin, TX 78701, who is required to serve an answer to this writ on Craig A. Rubinstein, attorney for Plaintiff/Judgment Creditor, Katzman, Wasserman, Bennardini & Rubinstein, P.A., whose address is 7900 Glades Rd., Suite 140, Boca Raton, FL 33434, within 20 days after service of this writ, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter. The answer shall state whether the garnishee is the employer of the defendant, Huascar Rijssenbeek, and whether the garnishee is indebted to the defendant by reason of salary or wages. The garnishee's answer shall specify the periods of payment (for example, weekly, biweekly, or monthly) and amount of salary or wages and be based on the defendant's earnings for the pay period during which this writ is served on the garnishee.

During each pay period, a portion of the defendant's salary or wages as it becomes due shall be held and not disposed of or transferred until further order of this court. The amount of salary or wages to be withheld for each pay period shall be made in accordance with the following paragraph. This writ shall continue until the plaintiff's judgment is paid in full or until otherwise provided by court order.

Federal law (15 U.S.C. §§ 1671-1673) limits the amount to be withheld from salary or wages to no more than 25% of any individual defendant's disposable earnings (the part of earnings remaining after the deduction of any amounts required by law to be deducted) for any pay period or to no more than the amount by which the individual's disposable earnings for the pay period exceed 30 times the federal minimum hourly wage, whichever is less.

For administrative costs, the garnishee may collect $5.00 against the salary or wages of the

defendant for the first deduction and $2.00 for each deduction thereafter.

The total amount of the final judgment outstanding as set out in the plaintiff's motion is $43,223.23 plus 9.09% interest per annum since January 16, 2024.

FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF JUDGMENT AGAINST THE GARNISHEE FOR THE ABOVE TOTAL AMOUNT OF$43,223.23 plus 9.09% interest per annum since January 16, 2024.

DONE AND ORDERED in Palm Beach County, Florida.

502023CC010475XXXXSB   03/12/2026
Ori F. Silver
Judge

| Name | Address | Email |
|---|---|---|
| CRAIG A. RUBINSTEIN, ESQ. | 7900 GLADES ROAD STE 140 BOCA CORPORATE PLAZA BOCA RATON, FL 33434 | CAR@KWBLAW.COM; mrm@kwblaw.com |