**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**CASE NO.: 4:25-cv-5786**

HUASCAR RIJSSENBEEK,

      Plaintiff,

vs.

SPARK BIOMEDICAL, INC.,

      Defendant.

_____/

**JUDGMENT CREDITOR,**
**KATZMAN, WASSERMAN, BENNARDINI & RUBINSTEIN, P.A.'S,**
**MOTION FOR ENTRY OF TURNOVER ORDER**

Judgment Creditor, Katzman, Wasserman, Bennardini & Rubinstein, P.A., pursuant to Fed.R.Civ.P. 69(a)(1) and Tex. Civ. Prac. & Rem. Ann. §31.002, hereby files this Motion for Entry of Turnover Order, as follows:

1.      On January 16, 2024, the County Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, in the litigation styled *Katzman, Wasserman, Bennardini & Rubinstein, P.A. v. Huascar Rijssenbeek*, Case No. 502023CC010475XXXXSB, entered a Final Judgment in favor of KWBR and against Huascar Rijssenbeek in the amount of $43,223.23 plus 9.09% interest per annum (the "Florida Judgment"). **[Exhibit 1].**

2.      Rijssenbeek has not made any payments towards satisfying the Florida Judgment.

3.      Pursuant to Fed.R.Civ.P. 69(a)(1),

"(a)    In General.

(1) ***Money Judgment; Applicable Procedure***. A money judgment is enforced by a writ of execution, unless the court directs otherwise. **The procedure on execution**--and in proceedings supplementary to and in aid of judgment or execution--**must accord with the procedure of the state where the court is located**, but a federal statute governs to the extent it applies." (emphasis added).

4. Pursuant to Tex. Civ. Prac. & Rem. Ann. §31.002,

"(a) A judgment creditor is entitled to aid from a court of appropriate jurisdiction, including a justice court, through injunction or other means in order to reach property to obtain satisfaction on the judgment if the judgment debtor owns property, including present or future rights to property, that is not exempt from attachment, execution, or seizure for the satisfaction of liabilities.

(b) The court may:

...

(2) otherwise apply the property to the satisfaction of the judgment.

...

(d) The judgment creditor may move for the court's assistance under this section in the same proceeding in which the judgment is rendered or in an independent proceeding.

...

(e) The judgment creditor is entitled to recover reasonable costs, including attorney's fees."

5. It is axiomatic that "a cause of action is property to which the turnover statute applies."*Main Place Custom Homes, Inc. v. Honaker*, 192 S.W.3d 604, 627 (Tex. App. 2006); *see also, Criswell v. Ginsberg & Foreman*, 843 S.W.2d 304, 306 (Tex. App. 1992) ("A cause of action is property. As such, a cause of action is subject to the turnover statute"); *Charles v. Tamez*, 878 S.W.2d 201, 205 (Tex. App. 1994) ("A cause of action is a property right and can be subject to turnover under the statute.").

K:\Poseidon Diagnostics\KWBR\Pleadings USDC TX\Motion Turnover Order.wpd　　　　　　　　　　2

6.      Accordingly, KWBR seeks the entry of an Order (a) directing the parties to turnover to KWBR any monies that would otherwise payable to Rijssenbeek in this action, whether through settlement or enforcement of a Judgment, until such time as the Florida Judgment is satisfied in full and KWBR's attorneys' fees in this action are paid in full.

WHEREFORE, for all of the foregoing reasons, Judgment Creditor, Katzman, Wasserman, Bennardini & Rubinstein, P.A., respectfully moves the Court to enter an Order (a) directing the parties to turnover to KWBR any monies that would otherwise payable to Rijssenbeek in this action, whether through settlement or enforcement of a Judgment, until such time as the Florida Judgment is satisfied in full and KWBR's attorneys' fees in this action are paid in full.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to DOUGLAS B. WELMAKER, ESQ., Welmaker Law, PLLC, 505 E. Magrill, Longview, TX 75601; and RANDY J. BRUCHMILLER, ESQ., McFadden Trachtenberg PLLC, 4200 Montrose, Suite 300, Houston, TX 77006, this 26th day of March, 2026.

KATZMAN, WASSERMAN,
BENNARDINI & RUBINSTEIN, P.A.
7900 Glades Road, Suite 140
Boca Raton, Florida 33434
Tel.:  (561) 477-7774
Fax:  (561) 477-7447

By:      /s/ Craig A. Rubinstein
CRAIG A. RUBINSTEIN
Fla. Bar No.: 77755
car@kwblaw.com
mrm@kwblaw.com