

# Electronically Certified Court Record

This is to certify that this is a true and correct copy of the original document, which may have redactions as required by law.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Clerk of the Circuit Court & Comptroller, Palm Beach County |
| **Clerk of the Circuit Court:** | The Honorable Joseph Abruzzo |
| **Date Issued:** | 1/22/2024 11:41:52 AM |
| **Unique Reference Number:** | CAA-FBH-BCAJJ-CBAEGAFFG-IBBFAF-E |
| **Case Number:** | 502023CC010475XXXXSB |
| **Case Docket:** | FINAL JUDGMENT |
| **Requesting Party Code:** | 517 |

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Joseph Abruzzo, Clerk of the Circuit Court & Comptroller, Palm Beach County, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Clerk of the Circuit Court & Comptroller, Palm Beach County. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This electronically certified document contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and tamper-evident seal validating this document as a true and accurate copy of the original recorded. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. Instructions for verifying this instrument are available for customers in the USA and Canada and for customers in other countries.

\*\*The web address shown above contains an embedded link to the verification page for this particular document.





EXHIBIT

1

Filing # 189822147 E-Filed 01/16/2024 01:31:46 PM

IN THE COUNTY COURT OF THE 15th JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.:    502023CC010475XXXXSB

KATZMAN, WASSERMAN,
BENNARDINI & RUBINSTEIN, P.A.,
a Florida professional association,

      Plaintiff,

v.

HUASCAR RIJSSENBEEK, an individual; and
POSEIDON DIAGNOSTICS CORP.,
a dissolved Florida corporation,

      Defendants.

### FINAL JUDGMENT

This action was heard after entry of Default against Defendants, Huascar Rijssenbeek and

Poseidon Diagnostics Corp., and pursuant to Plaintiff's Motion for Entry of Default Final

Judgment, it is

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Plaintiff,

Katzman, Wasserman, Bennardini & Rubinstein, P.A. (EIN 65-1069004), whose business address

is 7900 Glades Rd., Suite 140, Boca Raton, FL 33434, the sum of $43,223.23 against Defendants,

Huascar Rijssenbeek and Poseidon Diagnostics Corp. (EIN 86-1651624), 8110 SW 175th St.,

Palmetto Bay, FL 33157, that shall bear interest at the rate of 9.09% a year from the date of this

Judgment, for which let execution issue forthwith.

This Court has determined that Plaintiff is also entitled to recover its attorneys' fees

pursuant to the terms of the parties' contract. This Court reserves jurisdiction to (a) determine the

amount of KWBR's attorneys' fees; (b) determine the amount of prejudgment interest; and (c)

amend this Final Judgment to award attorneys' fees and prejudgment interest.

FILED: PALM BEACH COUNTY, FL, JOSEPH ABRUZZO, CLERK, 01/16/2024 01:31:46 PM

I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF AN OFFICIAL RECORD OR DOCUMENT AUTHORIZED BY LAW TO BE RECORDED OR FILED IN THE OFFICE OF THE PALM BEACH COUNTY CLERK OF THE CIRCUIT COURT & COMPTROLLER. THIS DOCUMENT MAY HAVE REDACTIONS AS REQUIRED BY LAW.
VISIT https://appsgp.mypalmbeachclerk.com/Services/EcertifyService/Helper/VerifyImage.html TO VALIDATE THIS DOCUMENT

Digitally signed by The Honorable Joseph Abruzzo
Date: 2024.01.22 11:42:20 -05:00
Clerk of the Circuit Court & Comptroller, Palm Beach Coun
Location: 205 N. Dixie Highway, West Palm Beach, FL 334

It is further ordered and adjudged that the judgment debtor(s) shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on the judgment creditor's attorney, or the judgment creditor if the judgment creditor is not represented by an attorney, within 45 days from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed.

Jurisdiction of this case is retained to enter further orders that are proper to compel the judgment debtor(s) to complete form 1.977, including all required attachments, and serve it on the judgment creditor's attorney, or the judgment creditor if the judgment creditor is not represented by an attorney.

mailto:mmt@kwblaw.commmailto:mrm@kwblaw.com

**ORDERED** at Delray Beach, Palm Beach County, Florida.

502023CC010475XXXXSB    01/16/2024
Ori F. Silver
Judge

Copies furnished to:

Craig A. Rubinstein, Esq., Katzman Wasserman Bennardini & Rubinstein, P.A., 7900 Glades Road, Suite 140, Boca Raton, FL 33434; car@kwblaw.com; mrm@kwblaw.com

Unique Code : CAA-FBH-BCAJJ-CBAEGAFFG-IBBFAF-E Page 2 of 2