**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HUASCAR RIJSSENBEEK,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. 4:25-cv-05786** |
| | § | |
| **v.** | § | |
| | § | |
| **SPARK BIOMEDICAL, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF SETTLEMENT

Plaintiff Huascar Rijssenbeek hereby notifies the Court that the parties have reached a settlement resolving all claims and counterclaims in this action, including the counterclaim filed by Defendant Spark Biomedical, Inc.

The parties are in the process of finalizing and filing the dismissal paperwork and anticipate filing a Joint Stipulation of Dismissal with Prejudice within thirty (30) days of this Notice.

In light of the settlement, Plaintiff respectfully requests that the Court hold in abeyance all pending deadlines and motions, including Defendant's Opposed Motion to Compel Arbitration and to Stay the Case [Dkt. 13], while the parties finalize the dismissal paperwork.

Respectfully Submitted,

**WELMAKER LAW, PLLC**
505 E. Magrill St.
Longview Texas 75601
Telephone: (512) 799-2048

By: */s/ Douglas B. Welmaker*
Douglas B. Welmaker
Texas State Bar No. 00788641
doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF
HUASCAR RIJSSENBEEK**

**CERTIFICATE OF SERVICE**

On June 2, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of filing to all counsel of record.

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker