**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HUASCAR RIJSSENBEEK,** | § § § § | |
| **PLAINTIFF** | § § § | |
| | § § | **CA NO. 4:25-cv-5786** |
| **v.** | § § § | |
| **SPARK BIOMEDICAL, INC.,** | § § | |
| **DEFENDANT** | § § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Huascar Rijssenbeek and Defendant Spark Biomedical, Inc. ("Defendant") file this Stipulation of Dismissal With Prejudice regarding Plaintiff's claims against Defendant pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii).

This case is not a class action and a receiver has not been appointed. No conditional certification has been sought or granted. Additionally, this action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

Plaintiff hereby dismisses, with prejudice, all claims against Defendant. Plaintiff and Defendant will bear their own costs of suit.

As indicated by their attorneys' signatures below, all parties who have appeared in the action stipulate to the dismissal, with prejudice, of Plaintiff's claims against Defendant.

Respectfully submitted,

WELMAKER LAW, PLLC


*/s/  Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
505 E. Magrill St.
Longview, Texas 75601
(512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**


**MCFADDEN TRACHTENBERG PLLC**


*/s/ Randy J. Bruchmiller*
Randy J. Bruchmiller
State Bar No. 24031889
S.D. Texas No. 30079
4200 Montrose, Suite 300
Houston, Texas 77006
Tel: (512) 368-8183
Fax: (832) 442-5430
randy@greatlaw.com

**ATTORNEYS FOR DEFENDANT
SPARK BIOMEDICAL, INC.**

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Joint Stipulation of Dismissal has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on June 28, 2026.


*/s/ Douglas B. Welmaker*
Douglas B. Welmaker