**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
July 16, 2026
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Huascar Rijssenbeek | § | |
| | § | |
| *versus* | § | Civil Action 4:25−cv−05786 |
| | § | |
| Spark Biomedical, Inc., et al. | § | |

CORRECTED ORDER OF DISMISSAL

Counsel for the parties have advised the Court that an amicable settlement has been reached in this action. This case is hereby DISMISSED on the merits, without prejudice to the right of counsel to move for reinstatement within thirty (30) days on presentation of proof that the settlement could not be consummated. All motions currently pending are denied with prejudice. Any movant seeking to resubmit or reurge those motions must do so within 14 days from the date any motion for reinstatement is filed.

It is so ORDERED.

Signed on July 16, 2026.

Alfred H. Bennett
United States District Judge